IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HERSHEKO MAU DEETTA BERRY**                                                   **PLAINTIFF**

V.                          No. 4:22-CV-00744-JM-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                             **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration of the Recommendation and a *de novo* review of the record, the Court approves and adopts the Recommended Disposition in its entirety. Judgment will be entered accordingly.

Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 23rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE