IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HERSHEKO MAU DEETTA BERRY**                       **PLAINTIFF**

V.                  No. 4:22-CV-00744-JM-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, judgment is entered for Plaintiff. The Court reverses the Commissioner's decision and remands this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 23rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE